UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NEW YORK

UNITED STATES OF
AMERICA

CASE NO. 6:05-CR-06023-DGL-1

VS.

JERRY C. STEARNS



10 CV 6532 L

APPLICATION FOR TITLE 28 U.S.C. § 2241
RELIEF

COMES NOW THE PETITIONER IN THE ABOVE CITED REQUEST,
AND SEEKS PLACEMENT ON THIS COURTS CALENDAR, AND
DOCKETING BY THE RECEIPT OF THIS WHEREAS THE
DISTRICT COURT AND GOVERNMENT TO DATE, ARE IN
VIOLATION OF LAW AND ETHICS IN THIS MATTER

THE PETITIONER WILL OFFER IN HIS DOCKETED BRIEF,
ARGUMENT AND PROOF OF NECESSITY OF THIS MOTION.

THE PETITIONER AWAITS HIS SCHEDULING AND DOCKETING,
AS GRANT OF THIS APPLICATION.

THIS 2ND DAY OF FEBRUARY, 2010.

RESPECTFULLY SUBMITTED,

MR. JERRY C. STEARNS,
COUNSEL PRO SE

CERTIFICATE OF SERVICE

THIS IS TO HEREBY CERTIFY THAT I HAVE THIS DAY SERVED ALL PARTIES A TRUE AND ACCURATE COPY OF THE FOREGOING, BY DEPOSITING SAID COPY IN THE U.S. MAIL AND AFFIXING PROPER POSTAGE TO ENSURE DELIVERY, TO WIT:

CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
2500 UNITED STATES COURTHOUSE
ROCHESTER, NEW YORK, 14614

THIS 2ND DAY OF FEBRUARY, 2010.

RESPECTFULLY SUBMITTED,

MR. JERRY C. STEARNS,
COUNSEL PRO SE